**IN THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-20-JWD-EWD |
| | : | |
| JESSE H. ROBERTS, III | : | |

**JOINT MOTION TO LIFT THE STAY AND SET A TRIAL DATE**

NOW INTO COURT comes the United States of America by J. Walter Green, United States Attorney for the Middle District of Louisiana, through the undersigned Assistant United States Attorneys, and the defendant, Jesse H. Roberts, III, through his counsel of record, Shaun Clarke, who respectfully move the Court to lift the stay and to set a trial date.

1.

The defendant herein, Jesse H. Roberts, III, is charged in a two-count Indictment with conspiracy and securities fraud. (Doc. 1). Trial was initially scheduled in this matter for May 7, 2015. (Doc. 9). On April 17, 2015, the defendant filed an unopposed Motion to Continue Trial Date. (Doc. 11). On April 21, 2015, the Court granted the defendant's motion and cancelled the trial date. (Doc. 12). After significant motion practice, on January 5, 2016, the Court held a status conference, set several deadlines, and scheduled trial for November 28, 2016. (Doc. 72). On March 30, 2016, the defendant filed a Motion to Stay Case pending the Supreme Court's resolution in Salman v. United States, No. 15-628. (Doc. 75). The United States opposed the motion. (Doc. 77). On September 8, 2016, the Court granted the defendant's motion and stayed the case. (Doc. 80).

2.

On December 6, 2016, the Supreme Court issued an opinion in Salman. On the same date, the United States filed an unopposed Motion Requesting a Status Conference. (Doc. 80). The next day, the Court granted this motion and scheduled a status conference on December 14, 2016. (Doc. 81).

3.

The Court held a status conference with all parties on December 14, 2016.

4.

Prior to filing this motion, the parties consulted. Accordingly, the United States and defendant both respectfully submit that the stay should be lifted and that this matter should be set for trial.

WHEREFORE, for the foregoing reasons, the United States and defendant respectfully move the Court to lift the stay (Doc. 80) and set this matter for trial.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

/s/ Shaun Clarke
Shaun Clarke, LBN 24054
Dane Ball, (pending pro hac vice)
Smyzer Kaplan & Veselka, llp
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: (713) 221-23000
Fax: (713) 221-2320
Email: sclarke@skv.com
Email: dball@skv.com
**Counsel for Defendant**

/s/ J. Christopher Dippel, Jr.
J. Christopher Dippel, Jr., LBN 30480
M. Patricia Jones
Adam Ptashkin
Assistant United States Attorneys
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
Email: chris.dippel@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-20-JWD-EWD |
| | : | |
| JESSE H. ROBERTS, III | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2016, a copy of the foregoing *Joint Motion to Lift the Stay and Set a Trial Date* was filed electronically with the Clerk of Court using the CM/ECF system, which will deliver a copy of the foregoing *Motion* to counsel of record for the defendant.

/s/ J. Christopher Dippel, Jr.
J. Christopher Dippel, Jr.
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-20-JWD-EWD |
| | : | |
| JESSE H. ROBERTS, III | : | |

**ORDER**

Considering the Joint Motion to Lift the Stay and Set a Trial Date, and in light of the Supreme Court's decision in Salman v. United States, No. 15-628 (Opinion issued December 6, 2016),

**IT IS HEREBY ORDERED** that the stay ordered by this Court on September 8, 2016 (Doc. 80) is lifted.

**IT IS FURTHER ORDERED** that trial in this matter is set for ______________at ___ 9:00 a.m.

So ordered this ______day of ____________, 2016, Baton Rouge, Louisiana.

________________________________
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA