AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __LOUISIANA__

UNITED STATES OF AMERICA

V.

JESSE H. ROBERTS, III

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 15-CR-00020-JWD-EWD

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

__John W. deGravelles, United States District Judge__
Name of Judge    Title of Judge

__September 25, 2017__
Date